In the Matter of Supplementary Proceedings: WILLIAMS & Co., INC., Judgment Creditor, Respondent, v. THE GROVEVILLE CORPORATION and Others, Judgment Debtors, Appellants. CORNELIUS J. SMYTH, Receiver, Respondent.—Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the conditions contained in the order stricken out. There is no authority for the allowances made. (Civ. Prac. Act, §§ 1547, 1547-a; *Emigrant Industrial Sav. Bank* v. *Feldblum Realty Corp.*, 238 App. Div. 231.) The receiver's only claim under the statute is against the party who moved for the appointment of the receiver. He has no claim against these defendants. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

D. K. BALEKDJIAN, Respondent, v. A. M. TOPALIAN, INC., Appellant.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE SEAMEN'S BANK FOR SAVINGS IN THE CITY OF NEW YORK, Plaintiff, v. WALLENSTEIN REALTY CORPORATION, Appellant, Impleaded with Others, Defendants. HAROLD J. REGAN, Receiver, Respondent.— Order unanimously modified by reducing the receiver's commission to the sum of $2,094.20, and by reducing the attorneys' fee to $1,000, which includes his [their] disbursements, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS MARCUS and DAVID MARCUS, Copartners Trading as L. & D. MARCUS, Respondents, v. C. ITOH & Co., LTD., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BENJAMIN F. BURKWITT, Appellant, v. MAYER MIRKEN, Defendant, Impleaded with ISAAC H. BARNETT and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARC ENGINEERING CORPORATION, Respondent, v. BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF SOMERS, WESTCHESTER COUNTY, NEW YORK, Appellant.— Order unanimously reversed, with twenty dollars costs and